```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WALDER ANTONIO GUANCE COLON,

                        Plaintiff,                        **21-CV-8864 (KHP)**

        -against-                                      **ORDER**

ALPHA RECYCLING, INC. and DAVID ZENKO.,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This case has been referred for mediation. The parties are ordered to provide a joint status letter regarding the outcome of the mediation by no later than May 16, 2022.

      **SO ORDERED.**

DATED:      New York, New York
                  February 15, 2022

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge